IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 06-cv-00007-WDM-BNB

STEVEN WILBUR,

Plaintiff,

v.

THE SPORTS AUTHORITY, INC., a Delaware corporation, authorized to do business in Colorado,

Defendant.

_____

**ORDER**
_____

This matter is before me on the **Defendant The Sports Authority, Inc.'s, Motion to Stay Disclosures and Discovery Pending a Ruling on Defendant's Motion to Compel Arbitration** [Doc. # 8, filed 2/7/06] (the "Motion"). The Motion recites that the parties have agreed that this case should be arbitrated, and it seeks an order vacating certain deadlines I have imposed. Good cause having been shown:

IT IS ORDERED that the deadlines contained in my order of January 24, 2006, are VACATED.

IT IS FURTHER ORDERED that the scheduling conference set for February 24, 2006, at 2:00 p.m., is converted to a status conference.

Dated February 9, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge